## UNITED STATES DISTRICT COURT
## OF THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

KATHRYN BELL KOLE,
on behalf of herself and others
employees similarly situated,

       Plaintiff,

                                                  CASE NO.: 4:07cv349-SPM-WCS

v.

THE ZIMMERMAN AGENCY,

       Defendant.

_____/

### ORDER OF DISMISSAL

Pursuant to Plaintiff's "Notice of Dismissal" (doc. 19) and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is *dismissed with prejudice*.

2.    Each party shall bear his own attorney's fees.

3.    All pending motions are denied as moot.

**SO ORDERED** this twenty-sixth day of March, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge